

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JDL
F. #2006R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 29, 2014

<u>By Hand and ECF</u>

The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jorge Eliezer Dominguez Falla
             <u>Criminal Docket No. 06 CR 91 (S-6) (SLT)</u>

Dear Judge Townes:

        This case was scheduled for a status conference today, August 29, 2014. The government is engaged in plea negotiations with defendant Jorge Eliezer Dominguez Falla. In light of the ongoing plea negotiations, the parties jointly request that the Court adjourn the upcoming status conference to October 10, 2014, at 10:30 a.m., when a status conference will be held for three co-defendants, and enter an order of excludable delay, pursuant to the Speedy Trial Act, to that date.

                                   Respectfully submitted,

                                   LORETTA E. LYNCH
                                   United States Attorney

                By:    <u>/s/ Justin D. Lerer</u>
                      Justin D. Lerer
                      Assistant U.S. Attorney
                      (718) 254-6124

cc (by ECF):  Clerk of the Court (SLT)
                  Stanislao A. Germán, Esq.